1036

[No. 25329-1-II.   Division Two.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EUGENE COUTTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00117-1, David R. Draper, J., entered November 17, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 45715-2-I.   Division One.   February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON DEAN BECKTELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00361-1, Ronald L. Castleberry, J., entered December 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45123-5-I.   Division One.   February 5, 2001.]

*In the Matter of the Marriage of* BRUCE A. VAN DE GRIFT, *Appellant*, and LISA M. VAN DE GRIFT, *Respondent*.

Appeal from judgments of the Superior Court for Skagit County, No. 96-3-00152-6, Susan K. Cook, J., entered October 16, 1998 and June 25, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Cox and Appelwick, JJ.

[No. 45245-2-I.   Division One.   February 5, 2001.]

JOHN MICHAEL HOAG, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00642-5, David A. Nichols, J., entered August 20, 1999. *Reversed* by unpublished per curiam opinion.